379 A.2d 599

Commonwealth v. Mathis, Appellant.

Submitted December 6, 1976.   Philip D. Lauer, for appellant;  John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 599

Commonwealth v. Miller, Appellant.

Submitted March 14, 1977.   William H. Kaye, Assistant Public Defender, for appellant;  William C. Cramer, Assistant District Attorney, and John R. Walker, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 600

Commonwealth v. Miller, Appellant.

Submitted April 15, 1977. Charles F. Haley, Assistant Public Defender, for appellant; David L. Cook and Robert F. Hawk, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 600

Commonwealth v. Molewski, Appellant.

Submitted September 13, 1976. Malcolm M. Limongelli, First Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 600

Commonwealth v. Moore, Appellant.